IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHLEEN GALLAGHER | § |
| | § |
| v. | § 4:19-CV-469-SDJ-CAN |
| | § |
| COMMISSIONER, SSA | § |

**MEMORANDUM ADOPTING AMENDED REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The Amended Report and Recommendation of United States Magistrate Judge, filed on August 31, 2020, (Dkt. #22); and

3. Plaintiff's Objections to the Amended Report and Recommendation of United States Magistrate Judge, filed on September 14, 2020. (Dkt. #23).

Plaintiff makes the same arguments in her objections that were addressed in detail in the magistrate judge's amended report. This Court, after de novo review, concludes that the Commissioner's decision should be affirmed for the reasons stated in the magistrate judge's amended report.

It is, therefore, ORDERED that the Amended Report and Recommendation of United States Magistrate Judge, (Dkt. #22), should be and is hereby ADOPTED as the decision of this Court. As a result, the decision of the Commissioner is AFFIRMED.

**So ORDERED and SIGNED this 29th day of September, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE